# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY WAYNE WALTERS, A/K/A GARY WAITERS,

Appellant,

vs.

LITTLE GRACE, LLC,

Respondent.

No. 77289

**FILED**

DEC 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying an eviction appeal and an order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Respondent has filed a motion to dismiss this appeal, asserting that the district court has final appellate jurisdiction in cases arising in justice court. We agree. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) ("The district court has final appellate jurisdiction in cases arising in the justice's court"). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Given this order, appellant's motion, filed on December 3, 2018, is denied.

18-908211



cc: Hon. Richard Scotti, District Judge
Gary Wayne Walters
Law Office of Andrew H. Pastwick, LLC
Eighth District Court Clerk

